# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2113
_____

Jeffrey Alan Soboroff

*Plaintiff - Appellant*

v.

U.S. Federal Government; U.S. Marshals Service; Unknown Mansfield, Rev.;
Muscatine County Jail, from member case 4:12-cv-238; David Marcowitz; Julie
Chyma, Nurse Practitioner; Christie Scotts, Nurse; Ashely Smith, Nurse; Gina
Wappen, Nurse; Tanya Bishop; Crump, Sgt.; Russel, Chaplan; Vance, Chaplan;
Don Buress; Lana Reed; Polk County Jail; Ottumwa Residential Facility;
Leavenworth Detention Center; U.S. Attorney General; Unknown White, Sheriff;
Unknown Boulton, Lt.; - White, from member case 4:12-cv-238; Naylor, from
member case 4:12-cv-238; Federal Public Defender's Office; Muscatine County;
Federal Bureau of Prisons; Ross A. Walters

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: October 4, 2013
Filed: October 11, 2013
[Unpublished]
_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Federal prisoner Jeffrey Soboroff appeals the district court's[1] dismissal, without prejudice, of his pro se 42 U.S.C. § 1983 complaint challenging an alleged deprivation of a "religious accommodation" and other vaguely described conditions of confinement. We grant Soboroff's motion to supplement his brief.

Upon de novo review, we conclude that the dismissal was proper because Soboroff failed to allege sufficient facts to state a claim. See 28 U.S.C. § 1915A (in civil action in which prisoner seeks redress from governmental entity or employee of governmental entity, court shall dismiss complaint if it fails to state claim upon which relief may be granted); Ashcroft v. Iqbal, 556 U.S. 662, 677-83 (2009) (complaint must contain sufficient factual matter, accepted as true, to state claim plausible on its face; threadbare recitals of elements of cause of action supported by mere conclusory statements are not entitled to assumption of truth); see also Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

-2-